NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| AKTHAM ABUHOURAN | : | Hon. Dennis M. Cavanaugh |
| Plaintiff, | : | |
| | : | **ORDER** |
| v. | : | |
| | : | Civil Action No.07-cv-5108(DMC) |
| FLETCHER ALLEN HEALTH CARE INC., ET AL. | : | |
| | : | |
| Defendant. | : | |

This matter coming before the Court upon motion by Petitioner, AKTHAM ABOHOURAN, to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915; and upon considering Petitioner's affidavit,

IT IS on this /9 of November, 2007;

**ORDERED** that Plaintiff's motion to proceed *in forma pauperis* is **granted**; and it is further

**ORDERED** that the Clerk of the Court should file the complaint and issue summonses.

                                              Dennis M. Cavanaugh, U.S.D.J.

Original:   Clerk's Office
cc:         All Counsel of Record
            The Honorable Mark Falk, U.S.M.J.
            File