NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| AKTHAM ABUHOURAN, | **Hon. Dennis M. Cavanaugh** |
| Plaintiff, | **ORDER** |
| v. | Civil Action No. 07-CV- 05108 (DMC) |
| FLETCHER ALLEN HEALTHCARE, *et al.*, | |
| Defendants. | |

DENNIS M. CAVANAUGH, U.S.D.J.:

     This matter comes before the Court upon motion by Defendants Fletcher Allen Healthcare, Inc., the University of Vermont, Dr. Michael A. Horgan, and Dr. Timothy Link ("Fletcher Defendants") to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(2), (5), and (6); upon motion by Defendants Peter M. Carter and the Office of the Public Defender ("Carter Defendants") to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(1), (5), and (6); and upon motions by Plaintiff, Aktham Abuhouran ("Plaintiff"), for leave to file an Amended Complaint as to the Carter Defendants and for default judgment against Defendant Dr. David Nathan; and the Court having reviewed all submissions; and for the reasons stated in its Opinion issued on this day;

     IT IS on this   25th   day of June, 2009,

     **ORDERED** that Plaintiff's motion for leave to amend the Complaint is **denied**; and it is further

     **ORDERED** that the Carter Defendants' motion to dismiss is **granted**; and it is further

**ORDERED** that the Fletcher Defendants' motion to dismiss is **granted**; and it is further

**ORDERED** that CHS's motion to dismiss is **granted**; and it is further

**ORDERED** Plaintiff's motion for default judgment against Dr. Nathan is **denied**.

 S/ Dennis M. Cavanaugh
Dennis M. Cavanaugh, U.S.D.J.

| | |
|---|---|
| Original: | Clerk's Office |
| cc: | All Counsel of Record |
| | The Honorable Mark Falk, U.S.M.J. |
| | File |